UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILMINGTON SAVINGS FUND SOCIETY, FSB, | Case No. 18-cv-00180 (NC) |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE TO DEFENDANT'S COUNSEL THOMAS SPIELBAUER** |
| v. | |
| RANI YADAV-RANJAN, | Hearing: 1/24/2018 10:00 a.m. |
| Defendant. | |

The Court today received an email from defendant's counsel Thomas Spielbauer that was copied to two court clerks. The email is problematic for many reasons. First, the Court does not respond to requests for relief submitted by email. The correct way to present a request for an order is by a motion filed and served through the ECF system. Second, the contents of the email impugn the dignity of the Court. And third, the email reveals the contents of a mediation telephone call in the case.

It is therefore ordered that Thomas Spielbauer personally appear before the Court on January 24, 2018, at 10:00 a.m. in San Jose courtroom 7, to explain (1) his email, (2) why the Court should not strike it, and (3) why he should not be sanctioned for his improper communication with the Court.

**IT IS SO ORDERED.**

Dated: January 18, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge